UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GEORGE BURNS,

                Petitioner,

    -against-

WARDEN AND/OR SUPERINTENDENT OF
THE WESTCHESTER COUNTY JAIL,

                Respondent.

25-cv-5258 (LLS)

CIVIL JUDGMENT

For the reasons stated in the February 25, 2026, order, the Court denies the amended petition for a writ of habeas corpus, filed under 28 U.S.C. § 2254.

SO ORDERED.

Dated:    March 4, 2026
           New York, New York

            /s/ Louis L. Stanton
              LOUIS L. STANTON
           United States District Judge